| AUSA: | Andrew Picek | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Jimmie Pharr | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
    v.
John Nunez

Case: 2:25−mj−30650
Assigned To : Unassigned
Assign. Date : 10/20/2025
Description: CMP USA v Nunez (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 29, 2025** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119 | Carjacking |
| 18 U.S.C. § 924(c) | Using and carrying a firearm during and in relation to a crime of violence |
| 18 U.S.C. § 922(g) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jimmie Pharr, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 20, 2025

*Judge's signature*

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jimmie Pharr, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## I.   INTRODUCTION

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since January 17, 2016. I am currently assigned to the Detroit Field Division. I completed 26 weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior. I was also employed as a Detroit Police Department Officer for approximately three years, 2013-2016. During my DPD employment, I conducted and

participated in numerous criminal investigations focused on individuals who illegally possessed firearms and narcotics.

2. This affidavit is in support of criminal complaint and application for an arrest warrant for John NUNEZ for the crimes of carjacking under 18 U.S.C. § 2119, using and carrying a firearm during and in relation to a crime of violence under 18 U.S.C. § 924(c), and felon in possession of a firearm under 18 U.S.C. § 922(g)(1).

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II.  SUMMARY OF THE INVESTIGATION

4. On September 26, 2025, Victim 1 (V1) was shot and killed behind John NUNEZ's residence in Detroit. A nearby resident reported hearing gunshots around 3:00 a.m. An anonymous citizen reported to police that they saw John NUNEZ walking back and forth between that house and a nearby vacant residence multiple times around 1:00 p.m. that day,

and that when doing so, NUNEZ looked in every direction before moving between the houses. Fired cartridge casings were collected from the scene and entered in the National Integrated Ballistic Information Network (NIBIN).

5. On September 29, 2025, at approximately 3:35 p.m. officers of the Detroit Police Department (DPD) were dispatched for a reported armed robbery to a house in Detroit, Michigan, in the Eastern District of Michigan. Per dispatch, the victim stated their 2007 Dodge Caravan was stolen at knife point. Officers arrived at the house and spoke with the victim's mother. She informed officers that the victim was carjacked with a long knife at the gas station located at 9126 Dearborn St. The vehicle was described as a grey 2007 Dodge Grand Caravan bearing Michigan license plate number EHR329.

6. Additional officers located the grey 2007 Dodge Caravan bearing Michigan license plate number EHR329 (VIN: 2D4GP44L97R159592) in the area of Fort St. and Springwells St. in Detroit. Officers initiated a traffic stop to further investigate the vehicle. The grey 2007 Dodge Caravan failed to stop, and a vehicle pursuit began. During the vehicle pursuit officers observed the grey 2007 Dodge Caravan swerve hard to

the right side of northbound I-75 on the approach to the Rouge River Bridge, cutting off a semi. Officers then saw what appeared to be a firearm thrown out of the front passenger window of the vehicle and land on to the right shoulder of the expressway. Officers stopped just north of the discarded firearm and recovered a Smith & Wesson M&P .40 caliber pistol, bearing serial number DXZ3150. The firearm was later queried in the law enforcement information network (LEIN) and found to be stolen.

7. Officers continued to pursue the grey 2007 Dodge Caravan. During the pursuit, multiple officers observed the driver to be John NUNEZ, based upon their previous contact with him. One officer described NUNEZ passing their scout car during the pursuit, turning and looking directly at the officer and smiling. The officers also observed an unknown individual in the front passenger seat of the 2007 Dodge Grand Caravan. The pursuit continued until the pursuit was terminated by DPD supervision.

8. Officers returned to the victim's residence and spoke to the victim (V2). V2 explained they were at the Citgo gas station when the suspect, described by V2 as having multiple face tattoos, approached the vehicle.

4

Per V2, the suspect stated he would take V2 Dodge caravan. The suspect then unlocked the Dodge caravan passenger door, got into the Dodge Caravan and forced V2 to drive away. V2 stated he drove around in the nearby neighborhood until the suspect told V2 to stop the vehicle. The suspect then said "get out the car before I pop you" while clutching his short pocket. Per V2, the suspect also pulled out a long piece of metal and began nudging V2 out of the driver seat of the Dodge Caravan. V2 stated that he was scared and had to get out of the vehicle. V2 stated he got out of the vehicle and the suspect jumped into the driver seat of the vehicle and left. V2 explained he ran home and called 911.

9. A review of surveillance video recording at 9126 Dearborn St., Citgo gas station, confirmed that the suspect in the carjacking of V2 was in fact NUNEZ. NUNEZ was present at the gas station on September 29, 2025. NUNEZ is readily identifiable entering and exiting the gas station and appears to have a weighted left shorts pocket. In my training and experience, a weighted pocket indicates a heavier item is being concealed in the pocket and is consistent with NUNEZ possession of a firearm during the carjacking. Later, NUNEZ is observed standing

5

at the passenger door of the 2007 Dodge Grand Caravan with what appeared to be a knife in his right hand. NUNEZ is observed entering the passenger side door of the Dodge Grand Caravan and the vehicle driving out of the gas station parking lot, consistent with V2's statement.

10.     I received information that test-fired casings from the Smith & Wesson M&P .40 caliber pistol recovered during NUNEZ's fleeing and eluding in a vehicle were linked to fired cartridge casings from the September 26, 2025 homicide of V1 and a shooting into a vehicle in Detroit on September 2, 2025.

11.     I conducted a search of VIN number, 2D4GP44L97R159592 using an open source media VIN decoder through the National Highway Traffic Safety Administration (NHTSA) web site. The VIN decoder indicated that the above listed vehicle was manufacture by FCA Canada Inc. and assembled at the Windsor Assembly plant in Ontario, Canada and not originally manufactured in the State of Michigan. Further, this vehicle was received and/ or possessed in the State of Michigan, therefore traveling in or affecting interstate or foreign commerce.

12. As an ATF Interstate Nexus Agent, I know that Smith & Wesson M&P .40 caliber pistols are not manufactured in the State of Michigan. Therefore, it is in my preliminary opinion that the above stated firearm traveled in interstate or foreign commerce.

13. NUNEZ has the following criminal history:

   a. 2008, felony: Assault with a Dangerous Weapon &Felony Firearm, 3rd Circuit Court of Michigan, Wayne County.

   b. 2021, felony: Felon in Possession of a Firearm, 3rd Circuit Court of Michigan, Wayne County.

14. NUNEZ is a convicted felon and was convicted of violations that were punishable of more than one year in prison. I reviewed records from the MDOC, including form CSJ-290 signed by NUNEZ on July 17, 2023, which informed him in writing that he is prohibited from possessing firearms or ammunition.

### III. CONCLUSION

15. Probable cause exists that on September 29, 2025, John NUNEZ, a convicted felon, committed the offenses of carjacking under 18 U.S.C. § 2119, using and carrying a firearm during and in relation to

a crime of violence under 18 U.S.C. § 924(c), and felon in possession of a firearm under 18 U.S.C. § 922(g)(1).

                                    Jimmie Pharr, Special Agent,
                                    Bureau of Alcohol, Tobacco,
                                        Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2025

8